An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MERIDIAN LANDSCAPE, INC., A NEVADA CORPORATION; AND WILLIAM HUEBSCH, AN INDIVIDUAL,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND EIGHTH JUDICIAL DISTRICT COURT, DEPARTMENT 15,
Respondents,
and
RYAN PATRICK LUCEY, AN INDIVIDUAL AND AS TRUSTEE OF EQUITY INVESTMENTS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND RETIRE A WINNER, LLC, A NEW YORK LIMITED LIABILITY COMPANY,
Real Parties in Interest.

No. 67248

FILED

FEB 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

Having considered this original petition for a writ of mandamus challenging a district court order denying a motion to dismiss, we conclude that petitioners have not demonstrated that our intervention by way of extraordinary relief is warranted. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04754

cc: Eighth Judicial District Court Dept. 15
Chasey Law Offices
Marquis Aurbach Coffing
Ryan Patrick Lucey
Eighth District Court Clerk